**MORRIS & FOX PC**
Stephen L. Fox
419 Park Avenue South, 16th Floor
New York, NY  10016
Telephone: (646) 670-8447
Facsimile: (646_ 670-8447 option 4
stephen.fox@morrisfoxlaw.com

Attorneys for Defendant **HYDRA GROUP LLC**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **TODD C. BANK**, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>-against-<br><br>**HYDRA GROUP LLC**,<br><br>            Defendant. | Case No. CV-10-01770 JG-ALC<br><br>**HYDRA GROUP LLC NOTICE OF MOTION AND MOTION TO DISMISS, MOTION FOR MORE DEFINITE DATEMENT, AND MOTION TO STRIKE PURSUANT TO FED. R. CIV. P. 12(B)(2), 12(B)(6), 12(E) AND 12(F)**<br><br>DATE:  AUGUST 6, 2010<br>TIME:  12:00 P.M.<br>CTRM:  6C |

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on August 6, 2010 at 12:00PM or as soon thereafter as the matter may be heard in the above-titled Court, located in Courtroom 6C of the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, NY  11201, defendant, Hydra Group LLC ("Hydra"), will move for dismissal pursuant to FED. R. CIV. P. 12(b)(2) and 12(b)(6), for a more definite statement pursuant to FED. R. CIV. P. 12(e) & 9(b), and to strike the plaintiff Todd C. Bank ("Plaintiff" or "Bank")'s Class-Action Complaint ("CAC") pursuant to FED. R. CIV. P. 12(f). The scheduling of this Motion is based on the Honorable Judge Gleeson's June 14, 2010 Order (copy attached hereto as Exhibit A).

The Court should dismiss the CAC because: (a) Plaintiff's claims are preempted

by CAN-SPAM and (b) Plaintiff has failed to plead the elements of his claims with particularity under FED. R. CIV. P. 9(b). In the alternative, the Court should require Plaintiff to provide a more definite statement of his claims, because the FAC is unintelligible. Finally, the Court should strike that portion of the CAC alleging "class action" because the allegations are impertinent, scandalous and immaterial.

This Motion is made following defendant submitting a letter pursuant to this Court's practice rule Local Rule 2.A.i. (copy attached hereto as Exhibit B). On June 23, 2010, counsel for Bank and counsel for Hydra had a telephonic meet-and-confer regarding the Court's June 14, 2010 Order.

This Motion is based on Hydra's Memorandum of Points and Authorities and such further evidence and arguments that may be presented prior to or at the hearing on this Motion.

Respectfully Submitted,

DATED: June 28, 2010          MORRIS & FOX, PC

By:  /s  Stephen L. Fox

Stephen L. Fox
Attorney for Defendant
Hydra Group LLC

MORRIS & FOX PC
419 Park Ave S - 16th Flr
New York, NY  10016
(646) 670-8447