**Stephen Fox**

| | |
|---|---|
| **From:** | ecf_bounces@nyed.uscourts.gov |
| **Sent:** | Monday, June 14, 2010 2:14 PM |
| **To:** | nobody@nyed.uscourts.gov |
| **Subject:** | Activity in Case 1:10-cv-01770-JG -ALC Bank v. Hydra Group LLC Order on Motion for Pre Motion Conference |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## Eastern District of New York

**Notice of Electronic Filing**

The following transaction was entered on 6/14/2010 at 2:14 PM EDT and filed on 6/14/2010

**Case Name:** Bank v. Hydra Group LLC

**Case Number:** 1:10-cv-01770-JG -ALC

**Filer:**

**Document Number:** No document attached

**Docket Text:**
**ORDER: The request for a pre-motion conference is denied because a conference is unnecessary. The defendant shall file its motion to dismiss on or before June 28, 2010; the plaintiff shall file his opposition on or before July 16, 2010; and the defendant shall file its reply, if any, on or before July 23, 2010. Oral argument will be heard on August 6, 2010 at noon in Courtroom 6C. Ordered by Judge John Gleeson on 6/14/2010. (Reddy, Anitha)**

**1:10-cv-01770-JG -ALC Notice has been electronically mailed to:**

Stephen Lawrence Fox stephen.fox@morrisfoxlaw.com, slfesq@aol.com

Todd C. Bank tblaw101@aol.com

**1:10-cv-01770-JG -ALC Notice will not be electronically mailed to:**