Subj: **ATTN:Your Auto Insurance Renewal Reminder Jan 21. 2010**
Date: 1/22/2010 1:19:03 A.M. Eastern Standard Time
From: Car.Insurance.Quotes@STARTSAVINGZ.COM
To: todd1812@aol.com

<u>Look! - Great News!</u>

AOL users click (Show images and enable links: for this image ) Above to SEE Images



Wednesday, February 03, 2010 AOL: TODD1812

Case 1:10-cv-01770-JG-VMS   Document 21-1   Filed 12/29/11   Page 2 of 2 PageID #: 144



Wednesday, February 03, 2010 AOL: TODD1812