| | |
|---|---|
| Subj: | **ATTN:Your Auto Insurance Renewal Reminder Jan 27. 2010** |
| Date: | 1/27/2010 4:44:56 P.M. Eastern Standard Time |
| From: | Car.Insurance.Quotes@PENDINGAPPROVALZ.COM |
| To: | todd1812@aol.com |

Look! - Great News!

AOL users click (Show images and enable links: for this image ) Above to SEE Images



Wednesday, February 03, 2010 AOL: TODD1812



Wednesday, February 03, 2010 AOL: TODD1812