Case 1:10-cv-01770-JG-VMS   Document 21-3   Filed 12/29/11   Page 1 of 2 PageID #: 147

Subj:     **ATTN:Your Auto Insurance Renewal Reminder Jan 27. 2010**
Date:     1/27/2010 8:44:39 P.M. Eastern Standard Time
From:     Car.Insurance.Quotes@PENDINGAPPROVALZ.COM
To:       todd1812@aol.com

Look! - Great News!
AOL users click (Show images and enable links: for this image ) Above to SEE Images



## You Deserve Better Rates!

At Quote Wizard, we think that your auto insurance company owes you a break—you deserve it! This summer, save some cash by comparing auto insurance rates and treat yourself right. A vacation? A new T.V.? A special gift? When you save 40%, you can splurge!

After you fill out our simple online form, you'll receive quotes from the top providers in the nation. You can select a better policy and get a refund on your old policy the same day. That means money in your pocket right now. Request quotes today.

This is an advertisement from QuoteWizard.com.
If you wish to no longer receive emails please click here.
Or send postal mail to: QuoteWizard.com, 157 Yesler Way, Suite 400, Seattle WA 98104.

Case 1:10-cv-01770-JG-VMS   Document 21-3   Filed 12/29/11   Page 2 of 2 PageID #: 148

