**TODD C. BANK**
**Attorney at Law**
**119-40 Union Turnpike**
**Fourth Floor**
**Kew Gardens, New York 11415**
**Telephone (718) 520-7125**
**Facsimile (856) 997-9193**

June 15, 2012

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Attn: Hon. Robert M. Levy

               Re:    Todd C. Bank, *et al.* v. Hydra Group LLC
                       Case 1:10-cv-01770-JG-RML

Dear Judge Levy:

      I am the plaintiff in the above-captioned matter, and submit this letter to alert the Court that Defendant has not responded to the Order to Show Cause that was issued on May 22, 2012, which stated, in full, as follows:

> ORDER TO SHOW CAUSE re [26], MOTION to Compel [25], MOTION to Compel, Status Report Order. Defendant's counsel is ORDERED TO SHOW CAUSE by 5/25/12 why he failed to comply with this court's order dated 5/10/12 directing him to (1) "contact plaintiff... to ascertain whether his discovery responses have been received and, if not... reserve them immediately by overnight mail or email," and (2) file a status report by 5/14/12 explaining the status of the errant discovery responses. Failure to comply will result in the waiver of any objections to the discovery requests, as well as other possible sanctions. Ordered by Magistrate Judge Robert M. Levy on 5/22/2012. (Levy, Robert)

Sincerely,

 s/ *Todd C. Bank*

Todd C. Bank

TCB/bd
cc: Stephen L. Fox, Esq. (via ECF)