**TODD C. BANK**
**Attorney at Law**
**119-40 Union Turnpike**
**Fourth Floor**
**Kew Gardens, New York 11415**
**Telephone (718) 520-7125**
**Facsimile (856) 997-9193**

July 27, 2012

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Attn: Hon. Robert M. Levy

        **Re:**    Todd C. Bank, *et al.* v. Hydra Group LLC
                Case 1:10-cv-01770-JG-RML

Dear Judge Levy:

      I am the plaintiff in the above-captioned matter, and submit this letter with consent of counsel to the defendant, Stephen L. Fox. Mr. Fox and I each had written down that the next conference was scheduled for October 12 at 2:30, but the ECF notice stated that it was scheduled for October 5 at 3:00. Please confirm the correct time/date.

      Thank you.
Sincerely,

 s/ *Todd C. Bank*

Todd C. Bank

TCB/bd